UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

OMAR VILLALBA and JOANNE VILLALBA

                Plaintiffs,

  -against-

NATIONAL RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK, AECOM USA, INC.,
                Defendants.
----------------------------------------------------------x

File No.: 11 CV-1030
(WFK)(RML)

STIPULATION
OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Attorneys of record on behalf of their respective clients/parties, that no party hereto is an infant or incompetent person and no person not a party has an interest in the subject matter of the action, and the above entitled action be and is hereby discontinued with prejudice as to defendants without costs to either party as against the other in light of the Settlement Agreement and Release entered into by and between the parties herein dated December 12, 2016. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Long Island City, New York
December 13, 2016

Constantinidis & Associates, P.C.
Attorneys for Plaintiffs
35-01 30th Avenue, Suite 200
Long Island City, NY 11103
(718) 204-1500

LAWRENCE, WORDEN, RAINIS & BARD
Attorneys for Defendants
AECOM USA, INC.,
225 Broad Hollow Road
Melville, NY 11747
(631) 694-0033

LANDMAN, CORSI, BALLAINE & FORD
Attorneys for Defendants
NATIONAL RAILROAD/AMTRAK and
Third Party Defendant SKANSKA
120 Broadway
New York, NY 10271
(212) 338-4800

12/13/16

The application is ✓ granted.
SO ORDERED ~~denied.~~
s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Dec 13, 2016
Brooklyn, New York